UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URSULA ANTONIA MARTINEZ,

        Plaintiff,                                              Case Number 19-11816
v.                                                            Honorable David M. Lawson
                                                               Magistrate Judge Mona K. Majzoub

CHILDREN OF SULTAN RELIGIEUSMEN,
ASILLIAN RELIGIEUSEMEN, and CAESAR
KKK HANIE RELIGIEUSEMEN,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on November 25, 2019 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the complaint with prejudice because it fails to state plausibly any viable claim for relief. Although the magistrate judge's report stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 10) is **ADOPTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

                                                                             s/David M. Lawson
                                                                             DAVID M. LAWSON
                                                                             United States District Judge

Date: December 18, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on December 18, 2019.

                      s/Susan K. Pinkowski
                      SUSAN K. PINKOWSKI